IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:14-CR-078-O |
| | § | |
| WOODROW WILSON HEAD (11) | § | |
| R.V. KERR III (15) | § | |
| STEVEN MCPHERSON (16) | § | |
| PAUL JOSPEH NESSELROAD (17) | § | |
| CODY ALLEN SMITH (23) | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

These Defendants are in state custody. The Government is **ORDERED** to take Defendant into custody and arrange to produce him before the nearest available magistrate judge for an initial appearance and arraignment no later than April 25, 2014.

Signed this 22nd day of April, 2014.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**