UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                                      NO. 4:14-CR-078-O

R.V. KERR, III (2)

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum.

1. Name of Detainee: R.V. KERR, III
   Year of Birth: 1971
   Social Security Number: XXX-XX-8095

2. Detained by: Tarrant County Jail, 100 E. Weatherford Street, Fort Worth, Texas 76196

3. Detainee is charged in this district by (X) Indictment ( ) Information ( )Complaint () Other, or is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on Friday, April 25, 2014, at 11:00 am for Initial Appearance and Arraignment before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the United States District Court, for the Northern District of Texas, Fort Worth Division.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas Bar #24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed:   April 22, 2014

(CHARGE: 21 U.S.C. § 846 (21 U.S.C. 841(a)(1) and (b)(1)(B))

REED O'CONNOR
UNITED STATES DISTRICT JUDGE